IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAM HILL                                                                                              PLAINTIFF

v.                                       Civil No. 6:21-CV-06029

DEXTER PAYNE, *et. al*.                                                                      DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court are Plaintiff's "Motion to Supplement Temporary Restraining Order and Preliminary Injunction for Medical Defendant Rory Griffin." (ECF No. 68) and Motion to Dismiss William Straughn. (ECF No. 80).

### A.     Motion to Supplement Motion for Preliminary Injunction

Plaintiff does not identify which of his three pending motions for preliminary injunction he wishes to supplement. However, based on the content of the current motion, the Court will presume he intends to supplement his Third Motion for Preliminary Injunction. (ECF No. 61). As he did in his Third Motion (ECF No. 61), Plaintiff asks the Court to order Defendant Rory Griffin to provide him with access to outside medical care for his alleged auto-immune condition. (ECF No. 80). As was thoroughly discussed in the Report and Recommendation addressing Plaintiff's Third Motion, Plaintiff's request for outside medical care for his alleged auto-immune conditions is unrelated to the claims in his Complaint. (ECF No. 69 at 9). Further, Plaintiff is currently incarcerated in the Arkansas Division of Correction ("ADC") Tucker Maximum Security Unit, which is in the jurisdiction of the Eastern District of Arkansas. Thus, his current request to supplement his Third Motion for Preliminary Injunction (ECF No. 68) is **DENIED**.

**B.     Dismissal of William Straughn as a Defendant**

In this Motion, Plaintiff asks the Court to dismiss his lawsuit against ADC Defendant William Straughn.  Plaintiff states that he "reviewed my case carefully and came to the conclusion that Mr. Straughn had no fault in this lawsuit." (ECF No. 80 at 1). The ADC Defendants have filed no objection to the request.

Plaintiff's Motion to Dismiss William Straughn (ECF No. 80) is **GRANTED**.  The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 80) as a notice of voluntary dismissal of his claims against Defendant Straughn pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss the claims against him without prejudice.

IT IS SO ORDERED this 6th day of December 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE