IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAM HILL                                                                                           PLAINTIFF

v.                                        Civil No. 6:21-CV-06029

DEXTER PAYNE, *et. al.*                                                                    DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's fourth Motion for Preliminary Injunction in this case.  (ECF No. 95).  Plaintiff again asks the Court to order the Director of the Arkansas Division of Correction ("ADC") and, "if necessary WellPath medical corporation" to "get [him] to his outside Rheumatology appointment ASAP."  (*Id*. at 1).  Plaintiff alleges the outside medical consult is necessary to address alleged ongoing medical issues with his nasal passages and gums.  (*Id*. at 1-2).

As was thoroughly discussed in the Report and Recommendation addressing Plaintiff's first three Motions for Preliminary Injunction, Plaintiff's request for outside medical care for alleged issues with his nasal passages and gums is unrelated to the claims in his Third Amended Complaint.  (ECF No. 69 at 8-9).  Further, and as discussed in the previous Report and Recommendation, Plaintiff is currently incarcerated in the Arkansas Division of Correction ("ADC") Tucker Maximum Security Unit, which is within the jurisdiction of the Eastern District

of Arkansas. (*Id*.). The Report and Recommendation was adopted by the Honorable Susan O. Hickey on January 4, 2022, and Plaintiff's first three Motions for Preliminary Injunction were denied. (ECF No. 104).

Accordingly, it is recommended that Plaintiff's fourth Motion for Preliminary Injunction (ECF No. 95) also be **DENIED**. Plaintiff should be cautioned that continued filing of motions seeking relief that has already been denied, may result in sanctions, including dismissal of his complaint in this case.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this **26th day of January 2022**.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE