IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAM HILL                                                                                                  PLAINTIFF

v.                                              Civil No. 6:21-cv-6029

DEXTER PAYNE, et al.

                                                                                                                                              DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed January 26, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 118). Judge Bryant recommends that the Court deny Plaintiff's fourth Motion for Preliminary Injunction (ECF No. 95) for the same reasons that the Court denied Plaintiff's previous three motions for injunctive relief.[1]

      Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 118)

---

[1] Plaintiff's third amended complaint alleges that, while incarcerated in the Arkansas Department of Corrections ("ADC") Ouachita River Correctional Unit, various defendants failed to take health precautions and allowed him to contract COVID-19 and, in retaliation for him filing grievances, both transferred him to another prison and denied and delayed the administration of his mental health care and medication. At some point following these alleged events, Plaintiff was moved to the ADC Tucker Unit, where he appears to remain to date. Plaintiff filed three motions for injunctive relief, seeking among other things, that the Court order ADC staff to take him to an outside doctor to diagnose and treat alleged issues with his nasal passages and gums. In a separate Report and Recommendation, Judge Bryant recommended that the Court deny those motions, *inter alia*, because Plaintiff's request for medical assistance was unrelated to the allegations and claims made in his third amended complaint and because Plaintiff's requests related to ongoing, unrelated medical issues would be more appropriately presented to a district court in the Eastern District of Arkansas, which encompasses the ADC Tucker Unit. The Court adopted that Report and Recommendation and denied Plaintiff's first three motions for injunctive relief.

*in toto*.  Plaintiff's motion for a preliminary injunction and/or a temporary restraining order (ECF No. 95) is **DENIED**.

    **IT IS SO ORDERED**, this 18th day of February, 2022.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge
