IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAM HILL                                                                                                          PLAINTIFF

v.                                          Case No. 6:21-cv-06029

DEXTER PAYNE (Director, ADC),
ROYRY GRIFFIN (Deputy Director, ADC),
DEANGLO EARL (Warden, ADC Ouachita
River Unit "ORCU"),
MRS. HOSMAN (CO,ORCU),
TALIAFERRO (Dentist, ORCU),
SOLOMAN GRAVES (Secretary, ADC),
MONROE (Nurse, ORCU),
CULCLAGER (Assistant Warden, ORCU),
COLEMAN (Major, ORCU),
WELLPATH MEDICAL CORPORATION,
BOB ANDERSON (Oral Surgeon),
KINNU (Nurse, ORCU),
SETTLES (Sergeant, ORCU),
JAILER SCOTT (Sergeant, ORCU),
AGULAR (Corporal, ORCU),
DEPUTY PITTS (Officer, ORCU),
CORPORAL MCDONALD (Dentist,
ORCU),
GILLETTE (Ex-Corporal, ORCU),
VOSS (Lieutenant, ORCU),
DEPUTY BALL (Assistant Warden, ORCU),
WARNER (Major, ORCU),
SEELEY (Lieutenant, ORCU),
DALE REED (Chief Deputy Director, ADC),
JAMES BASSHAM,
TOMYKA ROGERS                                                                                                   DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed on August 25, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 168. Judge Bryant recommends denying the instant motion (ECF No. 155) because Defendants did not attach a brief or exhibits in support of the instant motion, did not reply to Plaintiff's Response in Opposition to the Motion (ECF No. 161), and cannot rely on any theory of preclusion with only

"conclusory assertions" that require the Court to "sift through the record in two cases in two Districts to find factual support for the ADC Defendants' Motion." ECF No. 168, at 3. Judge Bryant further recommends allowing Defendants to refile the instant motion, "provided they support any new motion with specific facts and legal analysis to support their claims." ECF No. 168, at 3.

    The parties have not responded, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Reconsider Plaintiff's In Forma Pauperis Grant and to Stay the Scheduling Order (ECF No. 155) is hereby **DENIED**.

    **IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge